ACCEPTED
12-15-00113-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/3/2015 12:09:23 PM
CATHY LUSK
CLERK

**No.: 12-15-00113-CV**

In The

*Court of Appeals*

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/3/2015 12:09:23 PM
CATHY S. LUSK
Clerk

TWELFTH DISTRICT OF TEXAS

Tyler, Texas

_____

**JASON ROWELL
Appellant,**

**v.**

**FIRETROL PROTECTION SYSTEMS
Appellee.**

_____

Appealed from 114th Judicial District Court of
Smith County, Texas, the Honorable Christi Kennedy, Presiding

_____

**JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OR
IN THE ALTERNATIVE MOTION TO WITHDRAW MOTION TO
RECONSIDER**

_____

Niles Illich
SBOT: 24069969
Law Office of Niles Illich, Ph.D., J.D.
701 Commerce Street, Suite 400
Dallas, Texas 75202
Telephone: (972) 802 − 1788
Facsimile:  (972) 682 – 7586
Email: Niles@appealstx.com
**ATTORNEY FOR APPELLANT
JASON ROWELL**

---

## IDENTITY OF THE PARTIES AND COUNSEL

---

**Trial Judge:**                                    The Hon. Christi Kennedy

**Appellant:**                                      Jason Rowell

**Appellant's Appellate Counsel:**                  Niles Illich
                                                    Law Office of Niles Illich, Ph.D., J.D.
                                                    701 Commerce Street
                                                    Suite 400
                                                    Dallas, Texas 75202

**Appellant's Trial Counsel:**                      Pro-se

**Appellee:**                                       Firetrol Protection Systems

**Appellee's Trial/Appellate Counsel:**             Roger W. Anderson
                                                    Gillen and Anderson
                                                    613 Shelley Park Plz
                                                    Tyler, TX

_____

**Joint Motion for Voluntary Dismissal with Prejudice**
_____

The parties, Jason Rowell and Firetrol Protection Systems ask this Court to dismiss this appeal with prejudice or in the alternative to withdraw the pending motion to reconsider.

## Introduction

1. Jason Rowell ("Rowell") is the Appellant and Firetrol Protection Systems ("Firetrol") is the Appellee.

2. The 114th Judicial District Court of Smith County resolved the underlying case by dismissing it under the anti-SLAPP statute.

3. Appellant filed a notice of appeal on April 30, 2015.

4. Appellant filed a motion for new trial on April 29, 2015. This motion is pending before the trial court. The parties have agreed to an order that would grant the motion for new trial and then dismiss the case in the trial court.

## Argument and Authorities

5. There is no specified deadline to file a motion for voluntary dismissal.[1]

6. Rule 42.1(a)(1) permits an Appellant to file a motion requesting voluntary dismissal and an appellate court to "dismiss the appeal or affirm the appealed

---

[1] TEX. R. APP. P. 42.1.

judgment or order unless such disposition would prevent a party from seeking relief to which it would otherwise be entitled."[2]

7. An appellant is not required to explain his motivation for requesting the voluntary dismissal nor is he required to sign the motion.[3] But here both parties seek a final dismissal because they have resolved the issues between them.

## Motion to Withdraw Motion to Reconsider

8. This Court dismissed this case on June 3, 2015. On June 5, 2015, Appellant filed a motion to reconsider. This Motion has not yet been ruled on. In the alternative to dismissing this case for a second time, Appellant moves to withdraw his motion to reconsider and to permit this Court's opinion of June 3, 2015 to be the final resolution of this appeal.

## Conclusion and Prayer

9. Prayer

Appellant and Appellee have resolved the issues between them and seek to end this appeal. Appellant asks this Court to dismiss the appeal with prejudice or in the alternative to withdraw Appellant's motion to reconsider and to permit the Court's opinion from June 3, 2015 to be the final resolution of this appeal.

---

[2] *Id*. at 42.1(a)(1).

[3] *See generally id*. (not requiring a party to show cause for seeking dismissal and signature requirement relates only to criminal appeals).

Respectfully submitted,

/s/ Niles Illich
Niles Illich
The Law Office of Niles Illich, Ph.D., J.D.
701 Commerce
Suite 400
Dallas, Texas 75202
Direct:     (972) 802-1788
Facsimile: (972) 236-0088
Email: Niles@appealstx.com

CERTIFICATE OF CONFERENCE

This is to certify that on July 1, 2015 that Roger Anderson, counsel for Firetrol, agreed to the motion to dismiss.

/s/ Niles Illich
Niles Illich

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion was served on:
Roger W. Anderson
Gillen and Anderson
613 Shelley Park Plz
Tyler, Texas

By electronic service before 5:00 PM on July 3, 2015.

/s/ Niles Illich
Niles Illich

## CERTIFICATE OF COMPLIANCE

This is to certify that this motion complies with the length and style requirements in Rule 9.4 of the Texas Rules of Appellate Procedure. The motion is presented in Times New Roman font, size 14.  The motion contains 684 words.

/s/ Niles Illich
Niles Illich